**Order filed July 2, 2015**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-15-00417-CV
_____

**JENNIFER MITCHELL AND TCSM, LLC, Appellants**

**V.**

**TURBINE RESOURCES UNLIMITED, INC. AND TOM GEORGE & INTERNATIONAL A., INC., Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2004-41286**

---

## O R D E R

The notice of appeal in this case was filed May 4, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant Jennifer Mitchell has established indigence or that appellant TCSM, L.L.C. is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5 and Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **July 17, 2015.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM